```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 14092
   CARON A GRANTHAM
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-1557


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/02/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00          .00           .00
WASHINGTON MUTUAL HOME L  CURRENT MORTG        .00          .00           .00
DEUTSCHE BANK NATIONAL    CURRENT MORTG        .00          .00           .00
WASHINGTON MUTUAL         CURRENT MORTG        .00          .00           .00
US DEPT OF EDUCATION      NOTICE ONLY     NOT FILED         .00           .00
WASHINGTON MUTUAL         NOTICE ONLY     NOT FILED         .00           .00
HOUSTON FEDERAL CU        UNSECURED         6588.18         .00           .00
WASHINGTON MUTUAL         SECURED NOT I    40579.78         .00           .00
WASHINGTON MUTUAL BANK    NOTICE ONLY     NOT FILED         .00           .00
AMERICAN HONDA FINANCE C  SECURED NOT I     9067.63         .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I     4717.44         .00           .00
DEUTSCHE BANK NATIONAL    SECURED NOT I    64115.03         .00           .00
LVNV FUNDING LLC          UNSECURED         1696.50         .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     --------------       --------------
TOTALS                     .00                 .00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 14092 CARON A GRANTHAM
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE